UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>JOSHUA SHORE,<br><br>Defendant(s). | CASE NO. CR26-0121-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE |

Finding good cause, the Court GRANTS Defendant's unopposed motion to extend the deadline to file pretrial motions. Dkt. No. 14. Pretrial motions must be filed no later than August 7, 2026.

Dated this 3rd day of August, 2026.

Kymberly K. Evanson
United States District Judge